

**FILED**

10:57 am, 9/1/21

**Margaret Botkins
Clerk of Court**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| PHILIP SAUNDERS, individually and on behalf of all others similarly situated, | Case No. 0:21-cv-00023-NDF |
|---|---|
| | FLSA Collective Action |
| v. | |
| CNC OILFIELD SERVICES, LLC | Order of Dismissal |

## ORDER OF DISMISSAL

The Court has reviewed the Parties' Joint Stipulation of Dismissal. All claims asserted in this case are DISMISSED WITHOUT PREJUDICE, with each Party to bear its own costs. The Clerk shall close this case.

DATED this 1st day of September 2021.

_____
Nancy D. Freudenthal
United States District Judge